COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00328-CV |
| Style: | Alisia Hargest-Davis |
| | v. Crescent M&P LLC |
| Date motion filed*: | November 17, 2015 |
| Type of motion: | Motion for an Extension of Time to File an Amended Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Amended Brief |

If motion to extend time:

| | |
|---|---|
| Original due date: | November 12, 2015 |
| Number of previous extensions granted: | 0    Current Due date: |
| Date Requested: | |

Ordered that motion is:

☑ Granted

If document is to be filed, document due: **No later than 15 days after the date of this order.**

☐ The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Appellant's amended brief conforming to Texas Rule of Appellate Procedure 38.1 is due to filed with this Court no later than 15 days after the date of this order. *See* TEX. R. APP. P. 38.1(a)–(d), (f)–(i), (k).

Appellee's brief, if any, will be due no later than 30 days after the filing of appellant's amended brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature:    /s/ Russell Lloyd
☑ Acting individually      ☐ Acting for the Court

Date:  November 24, 2015